# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

145727(112)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

THE CITY OF BLOOMFIELD HILLS,
   Plaintiff-Appellee,

v

             SC: 145727
             COA: 299721
             Oakland CC: 2008-088541-CE

WILLIAM P. FROLING and
MARILYN FROLING,
   Defendants-Appellants.

_____/

   On order of the Court, the motion for reconsideration of this Court's March 4, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013 _____

h0520             Clerk